IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DARRELL EUGENE VENZANT #147676 | § |
| | § |
| V. | §    CIVIL ACTION NO. G-04-052 |
| | § |
| KIRK SISTRUNK, ET AL. | § |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 7th day of February, 2007.

_____
Samuel B. Kent
United States District Judge